**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELVIA V., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | NO. ED CV 20-2667-E <br><br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: January 21, 2022.

                                                    /s/
                                     CHARLES F. EICK
                          UNITED STATES MAGISTRATE JUDGE